## U.S. Bankruptcy Court
## Northern District of Illinois

In re:

Bankruptcy Case No. 09-08457
TERMANO, LLC

                                                      Debtor

Adversary Proceeding No. 10-01243
TERMANO, LLC

                                                      Plaintiff

v.
GREG GATES

                                                      Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| Clerk, U.S. Bankruptcy Court<br>Northern District of Illinois<br>219 S Dearborn<br>Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:

| Name and Address of Plaintiff's Attorney |
| --- |
| Forrest L Ingram<br>79 W Monroe Street<br>Suite 900<br>Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | | |
| --- | --- | --- |
| Dirksen Federal Building<br>219 South Dearborn<br>Courtroom 742<br>Chicago IL 60604 | | Status Hearing Date and Time<br>07/15/2010 at 10:30AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



Kenneth S. Gardner, Clerk Of Court

## CERTIFICATE OF SERVICE

I, __Ian Rubenstrunk__, certify that I am, and at all times during the
(name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was delivered __June 4, 2010__ by:
(date)

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Greg Gates
1250 N. Hwy #162
Colville, WA 99114

☐ Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:



☐ Residence Service: By leaving the process with the following adult at:



☐ Publication: The defendant was served as follows: [Describe briefly]



☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly] (name of state)



Under penalty of perjury, I declare that the foregoing is true and correct.

__June 4, 2010__                                    __[signature]__
Date                                                Signature

| Print Name |  |  |
|---|---|---|
| Ian Rubenstrunk |  |  |
| Business Address |  |  |
| 79 West Monroe Street Suite 900 |  |  |
| City | State | Zip |
| Chicago | IL | 60603 |